IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


LUIS GARCES,
                    Petitioner,
            v.                                    **Judgment in a Civil Case**
JONATHAN C. MINER,
                    Respondent.                   Case Number: 5:11-HC-2180-FL


**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for
consideration of the respondent's motion for summary judgment.


**IT IS ORDERED AND ADJUDGED** that respondent's motion  for summary judgment is granted
and this action is hereby dismissed.

This Judgment Filed and Entered on August 22, 2012, with service on:
Luis Garces  13229-016, Rivers Correctional Institution, P.O. Box 630, Winton, NC  27986 (via
U.S. Mail)
Christina A. Kelley (via CM/ECF Notice of Electronic Filing)




August 22, 2012                          /s/ Julie A. Richards
                                         _____
                                         Clerk



Raleigh, North Carolina